## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE | * |
| | * CASE NO. 09-02351 BKT |
| GERARDO MEJIAS DELGADO | * |
| CANDIDA CRUZ MELENDEZ | * CHAPTER 13 |
| | * |
| DEBTORS | * |

### DEBTORS' MOTION REQUESTING ORDER
### RE: AUTHORIZATION TO USE FUNDS FROM TAX REFUND

TO THE HONORABLE COURT:

NOW COME, **GERARDO MEJIAS DELGADO and CANDIDA CRUZ MELENDEZ**, debtors, through the undersigned attorney, and very respectfully state and pray as follows:

1. The debtor's confirmed Plan dated April 18, 2011, as modified, provides that debtors' tax refunds will be paid into the Plan. See docket no. 55.

2. The debtors have received their 2010 tax refund in the sum of $2,180.00. Attached is copy of the check as received from the Treasury Department of Puerto Rico, dated June 21, 2011.

3. The debtors respectfully submit to the Court that they need to use these funds to pay for: truck mechanical repair. Attached is copy of cost estimate for the truck repairs.

4. The debtors need to use the funds from the 2010 "tax refund' to pay for this reasonable expense. The debtors use this truck to earn their monthly income. Furthermore, the debtors are living within a very "tight" budget which barely covers their daily expenses and a Plan payment of $250.00. This Plan pays general unsecured creditors in full (100% plus 6% interest).

5. Based on the abovestated, the debtors respectfully request this Court to Order the authorization of the use of these funds to allow the debtors to pay for this expense with

Page – 2-
Debtor's Motion Requesting Order
Case no. 10-09764 BKT13

their "tax refund".

**WHEREFORE**, debtors, through the undersigned attorney respectfully request that this Honorable Court grant the foregoing motion and allow the use of the funds from the 2010 tax refund by the debtors to pay for the above stated expense.

**NOTICE: Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006 (f) if you were served by mail, any party against whom this paper has been served, or any other party to the action that objects to the relief sought herein shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.**

I CERTIFY that on this same date a copy of this motion was filed with the Clerk of the Court using the CM/ECF system which will send notice of same to the Chapter 13 Trustee, Alejandro Oliveras Rivera, Esq.; I also certify that a copy of this motion was sent via US Mail to Gerardo Mejias Delgado and Candida Cruz Melendez, HC 03 Box 37840 Caguas PR 00725.

**RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico, this 28th day of June, 2011.

/s/ Roberto Figueroa Carrasquillo
ROBERTO FIGUEROA CARRASQUILLO
USDC #203614
ATTORNEY FOR PETITIONER
PO BOX 186 CAGUAS PR 00726
TEL NO 787-744-7699 FAX 787-746-5294
Email: rfc.rfclaw@gmail.com

| FECHA | NUMERO DE COMPROBANTE | DESCRIPCION/CONTRATO | FACTURA/OPE | IMPORTE DEL COMPROBANTE |
|---|---|---|---|---|
| 21/06/11 | 000051 | REINT 2010 5884 | ---- | $****2,180.00 |

| NUMERO DE CHEQUE | DIA | MES | AÑO |
|---|---|---|---|
| 15869849 | 21 | 06 | 11 |
| | FECHA EMISION | | |

ESTADO LIBRE ASOCIADO DE PUERTO RICO

RETENGA ESTE TALON
PARA SUS RECORDS.

---

Modelo SC 784.3
31-ENERO-2006

Ver al dorso para detalles de los mecanismos de seguridad / See reverse side for complete security features

| | DIA | MES | AÑO | DIA | MES | AÑO | | |
|---|---|---|---|---|---|---|---|---|
| REINT 2010 | 21 | 06 | 11 | 21 | 12 | 11 | 15869849 | |
| | FECHA EMISION | | | VENCE EN | | | NUMERO DE CHEQUE | |

DOS MIL CIENTO OCHENTA DOLARES CON NO/100

IMPORTE
$******2,180.00

GERARDO MEJIAS DELGAO Y
CANDIDA CRUZ MELENDEZ

584545884


BGF

_____
SECRETARIO DE HACIENDA

⑈15869849⑈ ⑉021502118⑉ 325⑈040⑈3⑈

# TALLER DELGADO

Hojalatería y Pintura
Soldadura  787 2479878

Barrio Tomás de Castro 1,
K5 H5 Caguas, P.R. 00625

Juan Delgado
Presidente

**ESTIMATE OF REPAIRS**

NO C001072C
L-7282

| NAME | Giraldo Muñis Delgado | ADDRESS | Barrio Tomas de Castro | DATE 13/6/2011 |
|---|---|---|---|---|
| MAKE OF CAR Mack | YEAR 97 | TYPE Mack | LICENSE NO | MILEAGE | MOTOR NO | SERIAL NO |
| INSURED BY T- | ADJUSTER #52841 | INSPECTOR | PHONE/HOME/BUSINESS 6854864 | CAR LOCATED AT 789 |

Truck Color Blanco
HC03 Box 37840 Caguas PR 00725

| DESCRIPTION OF REPAIRS AND REPLACEMENTS | PARTS NUMBER | AMOUNT | LABOR AMOUNT | PAINT AMOUNT | TOTAL AMOUNT |
|---|---|---|---|---|---|
| Reparacion y pintura de Cabina y Cajon | | | | | |
| Mano de obra de Taller y pintura | | | | | $2,050.00 |

TOTAL $2,050.00

INS CHECK PAYABLE TO

The above is an estimate, based on our inspection, and does not cover additional parts or labor which may be required after the work has been opened up. Occasionally, after work has started, worn, broken or damaged parts are discovered which are not evident on first inspection. Quotations on parts and labor are current and subject to change.

EST MADE BY Juan Delgado

AUTHORIZATION FOR REPAIR

SIGNED _____ DATE _____