IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

GERARDO MEJIAS DELGADO
CANDIDA CRUZ MELENDEZ

DEBTOR(S)

CASE NO.   09-02351-BKT

CHAPTER 13

### TRUSTEE'S POSITION AS TO
### Motion requesting authorization to Use Funds
### from 2010 Tax Refund

**TO THE HONORABLE COURT:**

   **COMES NOW,** Alejandro Oliveras Rivera, Standing Chapter 13 Trustee, and very respectfully**,**

**ALLEGES, STATES** and **PRAYS:**

   On June 28, 2011, Debtors filed Motion requesting authorization to Use Funds from 2010 Tax Refund . **(Docket no. 63**). The Trustee has **no opposition** to said request.

   **WHEREFORE**, the Chapter 13 Trustee hereby requests that Honorable Court to take notice of the aforementioned and enter the order it deems appropriate.

   **CERTIFICATE OF SERVICE:** I hereby certify that on this same date I electronically filed the above document with the Clerk of the Court using the CM/ECF System which sent a notification of such filing to all CM/ECF participants in this case. I further certify that I have mailed this document by First Class Mail postage prepaid to debtor, at her mailing address of record.

**RESPECTFULLY SUBMITTED** in San Juan, Puerto Rico this, 6/30/2011.

/s/ ALEJANDRO OLIVERAS RIVERA
ALEJANDRO OLIVERAS RIVERA
STANDING CHAPTER 13 TRUSTEE
PO BOX 9024062
SAN JUAN PR 00902-4062
TEL. (787)977-3500 FAX (787)977-3521