IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE | * |
| | * CASE NO. 09-02351-BKT |
| GERARDO MEJIAS DELGADO | * |
| CANDIDA CRUZ MELENDEZ | * CHAPTER 13 |
| | * |
| DEBTORS | * |

DEBTORS' MOTION REQUESTING ORDER
RE: AUTHORIZATION TO USE FUNDS FROM TAX REFUND

TO THE HONORABLE COURT:

NOW COME, **GERARDO MEJIAS DELGADO and CANDIDA CRUZ MELENDEZ**, debtors, through the undersigned attorney, and very respectfully state and pray as follows:

1. The debtors' confirmed Plan dated November 3, 2009, provides that debtors' tax refunds will be paid into the Plan. See docket no. 31.

2. The debtors have received their 2011 tax refund in the sum of $1,191.00. Attached is copy of the check issued by the Puerto Rico Treasury Department dated August 17, 2012.

3. The debtors respectfully submit to the Court that they need to use these funds to pay for: 2011 1040PR tax debt in the sum of $726.73. Attached is copy of collection letter sent by Department of Treasury/Internal Revenue Service, dated August 6, 2012, and debtor need to use the tax refunds to repair their motor vehicle.

4. The debtors need to use the funds from the 2011 "tax refund' to pay for this reasonable expense. The debtors are living within a very "tight" budget which barely covers their daily expenses.

5. Based on the abovestated, the debtors respectfully request this Court to Order the authorization of the use of these funds to allow the debtors to pay for this expense with their 2011 "tax refund".

Page – 2-
Debtors' Motion Requesting Order
Case no. 09-02351-BKT

**WHEREFORE**, debtors, through the undersigned attorney respectfully request that this Honorable Court grant the foregoing motion and allow the use of the funds from the 2011 tax refund by the debtors to pay for the above stated expenses.

**NOTICE: Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006 (f) if you were served by mail, any party against whom this paper has been served, or any other party to the action that objects to the relief sought herein shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.**

I CERTIFY that on this same date a copy of this motion was filed with the Clerk of the Court using the CM/ECF system which will send notice of same to the Chapter 13 Trustee, Alejandro Oliveras Rivera, Esq.; I also certify that a copy of this motion was sent via US Mail to Gerardo Mejias Delgado and Candida Cruz Melendez HC 03 Box 37840 Caguas PR 00725.

**RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico, this 11th day of October, 2012.

/s/ *Roberto Figueroa Carrasquillo*
ROBERTO FIGUEROA CARRASQUILLO
USDC #203614 ATTORNEY FOR PETITIONERS
PO BOX 186 CAGUAS PR 00726
TEL NO 787-744-7699 FAX 787-746-5294
EMAIL: rfigueroa@rfclawpr.com



Department of the Treasury
Internal Revenue Service
Philadelphia, PA 19154-0030

| | |
|---|---|
| Aviso | CP601 |
| Año Contributivo | 2011 |
| Fecha del aviso | 06 de agosto de 2012 |
| SSN | -5884 |
| Para llamarnos | Teléfono 1-800-829-8374 |
| ID del que llama | 974765 |
| Página 1 de 4 | |

021214.227446.0121.003 1 AT 0.374 702



GERARDO MEJIAS & CANDIDA CRUZ
HC 3 BOX 37840
CAGUAS PR 00725-9718407

Usted tiene contribuciones sin pagar del 2011

# Cantidad adeudada: $726.73

Nuestros archivos muestran que usted tiene contribuciones sin pagar para el año contributivo que termina el 31 de diciembre de 2011, Formulario 1040PR.

### Resumen de Facturación

| | |
|---|---:|
| Cantidad que adeuda | $715.96 |
| Multa de incumplimiento de pago | 7.06 |
| Intereses cargados | 3.71 |
| **Cantidad adeudada al 16 de agosto de 2012** | **$726.73** |

**Qué usted necesita hacer inmediatamente**

**Pague inmediatamente**
- Envíenos la cantidad adeudada de $726.73 para el 16 de agosto de 2012, para evitar multa adicional y cargos de intereses.

Continúa atrás…

---

**Pago**

GERARDO MEJIAS & CANDIDA CRUZ
HC 3 BOX 37840
CAGUAS PR 00725-9718407

| | |
|---|---|
| Aviso | CP601 |
| Fecha del aviso | 6 de agosto de 2012 |
| SSN | -5884 |

- Haga su cheque o giro pagadero a "United States Treasury".
- Escriba su Número del Seguro Social ( -5884), el Año Contributivo (2011), y el número del formulario (1040PR) en su pago y cualquier correspondencia.

**Cantidad adeudada para el 16 de agosto de 2012**     $726.73

INTERNAL REVENUE SERVICE
KANSAS CITY, MO 64999-0202

5884 UJ MEJI 30 0 201112 670 00000072673

WESTERN AUTO CAGUAS #2 FIPS 0'  
PLAZA DEL CARMEN S/C  
CAGUAS, PR  00725  
(787)744-8721  

**INVOICE  0042649**

Scan to RESUME transaction

*R773130042649*

Vehicle _____

Mileage ___1___   Tag # _____   VIN _____

Tire Serial #  1        12        2        1

CANDIDA, CRUZ  
CA  
Caguas PR 00725  
(787)685-4867

Cust#: 7495168976     Salesperson: 94278     PO#:                    Date: 8/31/2012     Time:  3:48PM

| QTY | SKU/CODE | TECH | DESCRIPTION | PART NO | VEHICLE | PRICE | EXTENDED | T |
|---|---|---|---|---|---|---|---|---|
| 4 | 27010009 |  | 175/70R13 H550 WSTLK | 1P31 |  | 63.99 | 255.96 | * |
| 4 | 9801032 |  | WHEEL BALANCE LIFETI |  |  | 8.29 | 33.16 | * |
| 4 | 2047397 |  | 1.25" CHROME VALVE S | T13WZS500G |  | 2.98 | 11.92 | * |
| 4 | 9806023 |  | ROAD HAZARD - AT SAL |  |  | 7.70 | 30.80 |  |
| 4 | 82160027 |  | TIRE DISPOSAL FEE | TIREDISP |  | 1.70 | 6.80 | * |
| 1 | 9801057 |  | WHEEL ALIGN - 12M/12 | LABOR16 |  | 73.99 | 73.99 | * |

Taxable Total:        381.83  
Non Taxable Total:     30.80  
7.00%                  26.73  
Total:                439.36  

*** THIS IS NOT A RECEIPT ***  
Page 1 of 1  
*** CUSTOMER COPY ***