IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | |
| | CASE NO. 09-02351 BKT |
| GERARDO MEJIAS DELGADO | Chapter 13 |
| CANDIDA CRUZ MELENDEZ | |
| | |
| XXX-XX-5884 | |
| XXX-XX-6298 | |
| | **FILED & ENTERED ON 11/16/2012** |
| Debtor(s) | |

<u>ORDER CONFIRMING AMENDED PLAN</u>

This case is before the Court on Debtors' Motion under 11 USC § 1329 to confirm the amended plan dated 10/04/2012 (docket entry #88). It appearing that due notice was given and that there are no objections, the Court hereby grants debtors' motion.

It further appearing that the amended plan addresses the grounds for dismissal on the Chapter 13 trustee's motion to dismiss, (docket entry #87) the same is hereby denied.

SO ORDERED.

San Juan, Puerto Rico, this 16 day of November, 2012.

Brian K. Tester
U.S. Bankruptcy Judge

C: DEBTOR(S)
ROBERTO FIGUEROA CARRASQUILLO
ALEJANDRO OLIVERAS RIVERA